United States District Court

Eastern District of Louisiana

Graham Prt L L C

v.                                              CIVIL ACTION NO. 2:00-cv-00273 S (3)

Searex Inc

    The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

    Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by those parties in state court; and

    (3) Copies of the return on service of process on those parties filed in state court.

    New Orleans, Louisiana, January 28, 2000.

                                          By Direction of the Court

                                          LORETTA G. WHYTE, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GRAHAM PARTNERS, L.L.C. | * | CIVIL ACTION |
| VERSUS | * | NO. **00-0273** |
| SEAREX, INC. | * | MAGISTRATE **SECT. S MAG. 3** |

## NOTICE OF REMOVAL

TO: Honorable Judges            William E. Brown
     U.S. District Court          Fairway Centre 1-A
     Eastern District of Louisiana  5001 Highway 190
                                                 Covington, Louisiana 70433

SEAREX, Inc. respectfully files this Notice of Removal based on the following:

1.

Pursuant to Title 11, Chapter 11 of the United States Bankruptcy Code, on January 18, 2000, Debtor filed for bankruptcy protection.

2.

The State Court Action removed by this Notice of Removal involves issues which are arising under or related to Debtor's bankruptcy case. This matter falls within the Court's bankruptcy jurisdiction because included in the claim asserted by Graham Partners, L.L.C. is a request for a twenty (20%) percent interest in the Debtor. Removal and this

02335/16818/0049320.1

Court's jurisdiction is based upon 28 U.S.C. §§ 1334 and 1452.

**WHEREFORE,** SEAREX, Inc. prays that this Court recognize and exercise its jurisdiction over said suit, and that said suit be removed to this Court for further proceedings.

**HELLER, DRAPER, HAYDEN & HORN**

_____
Douglas S. Draper (#5073)
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Tel: (504) 581-9595
Fax: (504) 525-3761

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Notice of Removal has been served upon Graham Partners, L.L.C., through William E. Brown, Fairway Centre 1-A, 5001 Highway 190, Covington, Louisiana 70433 by placing _Telecopy_ a copy of same in the U.S. Mail, postage pre-paid, on the 27th day of January, 2000.

_____

02335/16818/0049320.1