

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GRAHAM PARTNERS, L.L.C.**         CIVIL ACTION

VERSUS                              NO: 00-0273

**SEAREX, INC.**                    SECTION: "S" (3)

O R D E R

**IT IS HEREBY ORDERED** that the case is **REFERRED** to the bankruptcy court. Searex, Inc. removed the case from state court, and the claim is related to the bankruptcy proceeding. See 28 U.S.C. § 157.

New Orleans, Louisiana, this ____ day of February, 2000.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  FEB 0 7 2000